United States District Court
Southern District of Texas
**ENTERED**
December 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| LAZARO SAEZ MARTINEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 1:25-CV-342 |
| | § | |
| MIGUEL VERGARA, *et al.*, | § | |
| | § | |
| Respondents. | § | |

# ORDER

Petitioner Lazaro Saez Martinez is currently detained by Immigration and Customs Enforcement at the Post Isabel Service Detention Center in Cameron County, Texas. Petitioner presents a petition for writ of habeas corpus and requests injunctive relief that includes his immediate release or that he be provided a bond hearing. (Pet., Doc. 1, 11)

To the extent that Petitioner requests an ex parte temporary restraining order, the Court declines to issue such relief. The Court converts the request for injunctive relief into a motion for a preliminary injunction and establishes the following briefing schedule. *See Esparza v. Bd. of Trustees*, 182 F.3d 915 (5th Cir. 1999) (finding no error in the district court's conversion of a motion for a temporary restraining order into a request for a preliminary injunction). Accordingly, it is:

**ORDERED** that by no later than January 9, 2026, the Respondents shall file a response to the Petitioner's request for a preliminary injunction;

**ORDERED** that by no later than January 16, 2026, the Petitioner may file a reply in support of a preliminary injunction; and

**ORDERED** that the parties shall appear via videoconference for a hearing on the motion for a preliminary injunction at 1:30 p.m. on January 21, 2026.

Petitioner is responsible for serving a copy of this Order upon the Respondents.

Signed on December 18, 2025.

*Fernando Rodriguez, Jr.*
Fernando Rodriguez, Jr.
United States District Judge