United States District Court
Southern District of Texas
**ENTERED**
February 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| LAZARO SAEZ MARTINEZ, | § |
| | § |
| Petitioner, | § |
| | § |
| VS. | § CIVIL ACTION NO. 1:25-CV-342 |
| | § |
| MIGUEL VERGARA, *et al.*, | § |
| | § |
| Respondents. | § |

## ORDER

In December 2025, Petitioner Lazaro Saez Martinez sought habeas relief in this Court, requesting his immediate release or that he be provided a bond hearing. On January 22, 2026, after receiving briefing from the parties and conducting a hearing, the Court granted some of the requested relief and ordered that "if, by February 5, 2026, Petitioner Lazaro Saez Martinez has not received a bond hearing before an Immigration Judge at which the Immigration Judge considered and decided the merits of Petitioner Lazaro Saez Martinez's request for a bond, Respondents shall immediately release him[.]" (Jan. 22 Order, Doc. 9)

The Court also ordered that Respondents file a status report by no later than February 6, 2026, "indicating whether Petitioner Lazaro Saez Martinez has received the bond hearing described [in the Order], and informing the Court of the results of the bond hearing and whether Petitioner Lazaro Saez Martinez remains in custody." (Order, Doc. 9)

On February 6, 2026, Respondents submitted a Notice with the Court, indicating that an Immigration Judge had granted bond to the Petitioner. (Notice, Doc. 10) Based on this Notice, the Court concludes that Respondents have complied with the January 22 Order. Respondents' compliance also resolves all issues that Petitioner raised in this lawsuit. As a result, it is:

**ORDERED** that Petitioner Lazaro Saez Martinez's Verification Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** as moot.

Signed on February 6, 2026.

_____
Fernando Rodriguez, Jr.
United States District Judge